| | |
|---|---|
| 1 | WILLIAM L. STERN (BAR NO. 96105) |
|   | wstern@mofo.com |
| 2 | JESSE W. MARKHAM, JR. (BAR NO. 87788) |
|   | jmarkham@mofo.com |
| 3 | JAMES R. McGUIRE (BAR NO. 189275) |
|   | jmcguire@mofo.com |
| 4 | ELIZABETH GILL (BAR NO. 218311) |
|   | egill@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile:  415.268.7522 |

Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHNNIE WALKER d/b/a PJ'S AUTO BODY, | Case No.  2:06-cv-01618-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST REGARDING CASE NUMBER** |
| USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50, | The Hon. Morrison C. England, Jr. |
| Defendants. | Complaint filed:     June 9, 2006 |

[PROPOSED] ORDER GRANTING REQUEST REGARDING CASE NUMBER
 2:06-CV-01618-MCE-DAD
C:\Documents and Settings\jlf3\Desktop\USAA proposed order re stipulated request.doc

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The parties jointly request that the Court recognize certain documents erroneously filed under *Johnnie Walker d/b/a PJ's Auto Body v. Geico General Insurance Company, et al.*, Case No. 2:06-cv-01703-MCE-DAD as being instead filed under *Johnnie Walker d/b/a PJ's Auto Body v. USAA Casualty Insurance Company, et al.*, Case No. 2:06-cv-01618-MCE-DAD. The parties further request that the Court recognize the filing date of these documents as the dates they were filed under Case No. 2:06-cv-01703-MCE-DAD. Pursuant to the parties' stipulation, the Court grants this request.

The following documents, listed by their docket number under Case No. 2:06-cv-01703-MCE-DAD and attached to the parties' Stipulated Request as Exhibits A-H, are hereby recognized as being filed under Case No. 2:06-cv-01618-MCE-DAD.

17. JOINT APPLICATION *To Extend Time To Respond to Complaint* by USAA Casualty Insurance Company (Entered: 08/18/2006).

18. PROPOSED ORDER Extending Time To Respond to Complaint by USAA Casualty Insurance Company (Entered: 08/18/2006).

23. ORDER signed by Judge Morrision C. England, Jr. on 8/24/2006 Granting 18 That Dft USAA Casualty Insurance Company respond to the Complaint by 9/8/2006 (Entered: 08/24/2006).

24. MOTION TO DISMISS *Plaintiff's Complaint; Memorandum Of Points And Authorities In Support Thereof* by USAA Casualty Insurance Company. Motion Hearing set for 10/16/2006 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. (Entered: 09/08/2006).

25. REQUEST FOR JUDICIAL NOTICE by USAA Casualty Insurance Company re 24 Motion to Dismiss. (Attachments: #1 Exhibit A #2 Exhibit B) (Entered: 09/08/2006).

26. PROPOSED ORDER re 24 MOTION to DISMISS *Plaintiff's Complaint* by USAA Casualty Insurance Company. (Entered: 09/08/2006).

28. JOINT STATUS REPORT by USAA Casualty Insurance Company. (Entered: 09/22/2006).

29. DISCLOSURE STATEMENT by USAA Casualty Insurance Company. *FRCP 7.1* (Entered: 09/25/2006).

///

///

[PROPOSED] ORDER GRANTING REQUEST REGARDING CASE NUMBER 2:06-CV-01618-MCE-DAD
C:\Documents and Settings\jlf3\Desktop\USAA proposed order re stipulated request.doc

1

PDF created with pdfFactory trial version www.pdffactory.com

1   Immediately upon entry of this Order, the parties are ordered to file these documents
2 electronically under Case No. 2:06-cv-01618-MCE-DAD.  However, the Court will recognize the
3 filing date of these documents as the date the documents were filed under Case No. 2:06-cv-
4 01703-MCE-DAD.
5   IT IS SO ORDERED.
6
7 DATED:  September 29, 2006
8
    _____
    MORRISON C. ENGLAND, JR
9   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST REGARDING CASE NUMBER
 2:06-CV-01618-MCE-DAD
C:\Documents and Settings\jlf3\Desktop\USAA proposed order re stipulated request.doc

2

PDF created with pdfFactory trial version www.pdffactory.com