1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE WALKER d/b/a PJ'S AUTO BODY, | No. 2:06-cv-1618-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR CONTINUANCE OF MOTION TO DISMISS HEARING DATE** |
| USAA CASUALTY INSURANCE COMPANY, a Foreign Corporation, and DOES 1-50, | |
| Defendants. | |
| _____/ | |

   Although parties may enter into stipulations that do not require court approval, a stipulation to continue a court date does require court approval. [See Local Rule 78-230(g)].  In determining whether to approve a stipulation for a continuance of a court date, the court must receive sufficient information to determine if the requested modification is justified.

///
///
///
///
///

1  In light of the fact no information was provided to the
2 court to support the requested continuance herein, the
3 continuance is DENIED.
4  IT IS SO ORDERED.
5 DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE