UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE WALKER doing business as PJ'S AUTO BODY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, an DOES 1-50,<br><br>　　　　　Defendant. | CASE NO. 2:06-cv-1618-MCE-DAD<br><br><br>**ORDER RE HEARING DATES ON MOTIONS TO DISMISS IN RELATED CASES** |
| JOHNNIE WALKER doing business as PJ'S AUTO BODY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; GEICO; GEICO CASUATY COMPANY; GEICO INDEMNITY COMPANY; and DOES 1-50,<br><br>　　　　　Defendants. | CASE NO 2:06-cv-1703-MCE-DAD |

///

///

1    Pursuant to and for the reasons set forth in the Stipulated
2 Request to Change Hearing Dates for Motions to Dismiss filed by
3 plaintiff and the GEICO defendants in case no 2:06-cv-1703-MCE-
4 DAD and defendant USAA Casualty Insurance Company's (defendant in
5 case no 2:06-cv-1618-MCE-DAD) consent and good cause appearing
6 therefore:
7    IT IS HEREBY ORDERED that the hearing date for the GEICO
8 defendants' motion to dismiss in case no 2:06-cv-1703-MCE-DAD is
9 moved from October 16, 2006 to November 13, 2006 at 9:00 a.m.
10 before this Court;
11    IT IS HEREBY ORDERED that the hearing date for USAA Casualty
12 Insurance Company's motion to dismiss in case no. 2:06-cv-1618-
13 MCE-DAD is moved from October 16, 2006 to November 13, 2006 at
14 9:00 a.m. before this Court;
15    IT IS FURTHER ORDERED that plaintiffs' responses to the
16 motions to dismiss in each case shall be filed and served no
17 later than October 20, 2006 and any replies in support of the
18 motions shall be filed and served no later than November 6, 2006.
19    IT IS SO ORDERED.
20 DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com